UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

BYRON TEODORO ESCOBAR-ESPANA
   a/k/a "Biro Teodoro Escobar-Espana,"
   a/k/a "Byron Escobar,"
   a/k/a "Byron T. Espana,"
        Defendant.

- - - - - - - - - - - - - - - - - - - x

ORIGINAL

INDICTMENT

08 Cr.

## COUNT ONE

The Grand Jury charges:

On or about June 13, 2008, in the Southern District of New York and elsewhere, BYRON TEODORO ESCOBAR-ESPANA, a/k/a "Biro Teodoro Escobar-Espana," a/k/a "Byron Escobar," a/k/a "Byron T. Espana," the defendant, being an alien, unlawfully, willfully, and knowingly, did enter, and was found in, the United States, after having been denied admission, excluded, deported and removed from the United States on or about October 17, 2001, subsequent to a conviction for the commission of an aggravated felony, to wit, a conviction on or about November 14, 2000, in Putnam County Court, New York, for criminal possession of a controlled substance in the third degree, and without having obtained the express consent of the Attorney General of the United States, or his successor, the Secretary for Homeland Security, to reapply for admission.

(Title 8, United States Code, Sections 1326(a) and (b)(2).)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA        :

          - v. -                :      INDICTMENT

MENOSCAL FERNANDEZ, JR.,        :      08 Cr
                                :
          Defendant.
                                :
- - - - - - - - - - - - - - - - x
```

**ORIGINAL**

**08 CRIM. 0759**

### COUNT ONE

The Grand Jury charges:

1. On or about July 31, 2008, in the Southern District of New York, MENOSCAL FERNANDEZ, JR., the defendant, having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction on or about August 18, 2005, in Springfield District Court, Massachusetts, for assault with a dangerous weapon, a felony, unlawfully, willfully, and knowingly, did possess in and affecting commerce a firearm, to wit, a Colt .38 revolver, which previously had been shipped and transported in interstate and foreign commerce.

(Title 18, United States Code, Section 922(g)(1).)

_/s/ Stephen J. Scorza_
FOREPERSON

_/s/ Michael J. Garcia_
MICHAEL J. GARCIA
United States Attorney

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```